IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  November 13, 2014
Court Reporter:    Gwen Daniel              Probation: Patrick Lynch

_____

Criminal Action No. 13-cr-00159-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Susan Knox

    Plaintiff,

v.

5.  BRANDON DUJUAN BROWN,                   Richard Irvin

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

09:03 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. Irvin

The Court addresses the Government's Motion Regarding Acceptance of Responsibility [1098].

1

**ORDERED:** **There being no objection to the motion, the Government's Motion Regarding Acceptance of Responsibility [1098] is GRANTED.**

**ORDERED:** **There being no objection to the motion, the Government's Motion To Dismiss Indictment As To Defendant Brandon Dujuan Brown [1099] is GRANTED. The Indictment is dismissed as to Defendant Brandon Dujuan Brown only.**

Argument/Discussion

Defendant's Allocution

**ORDERED:  Restricted Motion [1097] is GRANTED.**

The defense requests that the Court recommend placement at a facility in Colorado.

> Defendant plead guilty to Count One of the Information and admitted to the general forfeiture allegation.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Brandon Dujuan Brown, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 72 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse Program, and that the defendant take advantage of such a program during his imprisonment.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of four years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, he shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the Presentence Report for continuity of treatment.**

3. **The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating health care provider. The defendant shall cooperate with random blood tests as requested by his treating health care provider and/or supervising probation officer, to ensure that a therapeutic level of his prescribed medications is maintained.**

4. **The defendant shall not associate with or have contact with any gang members and he shall not participate in any gang activity, to include displaying gang paraphernalia.**

**ORDERED:   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**The defendant shall pay a Special Assessment of $100, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment**.

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

09:33 a.m.   Court in Recess
             Hearing concluded
             Time: 30 minutes